libelant, from which decree this appeal is taken.

No legal principles are involved, and in the final analysis the case, both below and here, involves questions of fact. Without entering into a discussion of the evidence and the contentions of the parties of the conclusions to be drawn therefrom, we find the court committed no error, as a study of the proofs satisfy us of the authority of the representative who contracted on behalf of the Pembroke Company to so do; that the latter company agreed to pay customary demurrage; that such customary demurrage rates were as alleged by libelant; and that the delay in dispatch was caused by failure of the Pembroke Company to furnish wharf space suitable for unloading lumber. Finding no error, the decree of the court below is affirmed; and, as the same proofs and conclusions apply to the case between the same parties with reference to the cargo of the scow Moran No. 28, the decree therein made is also affirmed.

In the libel of the Chiarello Lighterage Corporation, which involved the scow N. Y. No. 1, the initial loading of the cargo was by mistake and without knowledge on the part of the company of such use being made of its scow. On discovery, however, of such mistake, the libelant owner and the Pembroke Company's representative made substantially the same agreement as made by the United States Lighterage Company. The three libels were heard as one in the court below as well as here.

For the reasons set forth in the Cullen Case, we now affirm the decree made in the libel of the Chiarello Lighterage Corporation Case.

---

I

## ERIE RAILROAD COMPANY v. Charles HENSLEE.

Circuit Court of Appeals, Sixth Circuit.
October 12, 1927.

No. 4789.

In Error to the District Court of the United States for the Northern District of Ohio; Jones, Judge.

Cook, McGowan, Foote, Bushnell & Burgess, of Cleveland, Ohio, for plaintiff in error.

Anderson, Lamb & Marsteller and J. J. Tetlow, all of Cleveland, Ohio, for defendant in error.

PER CURIAM. Judgment of District Court affirmed.

---

2

## GUARANTY TRUST COMPANY, Plaintiff in Error, v. G. F. GROHE-HENRICH & COMPANY, Defendant in Error.

Circuit Court of Appeals, Second Circuit.
January 10, 1928.

No. 20.

In Error to the District Court of the United States for the Southern District of New York.

Davis, Polk, Wardwell, Gardiner & Reed, of New York City (William C. Cannon, Theodore Kiendl, and Russel S. Coutant, all of New York City, of counsel), for plaintiff in error.

Kellogg, Emery, Inness-Brown & Cuthell, of New York City, for defendant in error.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Reversed in open court on confession of error.

---

3

## HERMES STEAM CONTROLLER CO., Inc., Plaintiff-Appellant, v. NEW YORK STEAM CORPORATION and F. E. Pendleton, Defendants-Appellees.

Circuit Court of Appeals, Second Circuit.
January 9, 1928.

No. 94.

Appeal from the District Court of the United States for the Southern District of New York.

Newell & Spencer, of New York City (E. R. Newell and George M. Dowe, both of New York City, of counsel), for appellant.

Howson & Howson, of New York City (Hubert Howson and Benjamin T. Rauber, both of New York City, of counsel), for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.